**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MILDRED K. CALKINS, ADMINISTRATRIX OF THE ESTATE OF ANNA C. KASYCH, DECEASED, | : : : : | No. 297 MAL 2017 |
| Petitioner | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| EDWARD H. BUTZ, ESQ., LESAVOY BUTZ & SEITZ, LLC, ST. LUKE'S HEALTH NETWORK, INC., ST. LUKE'S HOSPITAL - ALLENTOWN CAMPUS, | : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.